| UNITED STATES BANKRUPTCY COURT |  |
|---|---|
| DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |  |
| Douglas S. Stanger, Esquire<br>Flaster/Greenberg P.C.<br>646 Ocean Heights Avenue<br>Linwood, NJ 08221<br>(609) 645-1881<br>Counsel for Trustee<br>DS5141 | Order Filed on April 28, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Edgardo Cruz and<br>Kathy F. Cruz,<br>　　　　　　　　Debtors. | Case No.: 22-11848<br>Judge: ABA<br>Chapter: 7 |

| Recommended Local Form: | ☑ Followed | ☐ Modified |
|---|---|---|

# ORDER AUTHORIZING
## RETENTION OF  FLASTER GREENBERG P.C.

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED:** April 28, 2022

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re:        Edgardo Cruz and Kathy F. Cruz

Case No.:     22-11848-ABA

Applicant:    Douglas S. Stanger, Esquire, Chapter 7 Trustee

(check all that apply) ☑ Trustee:  ☑ Chap. 7      ☐ Chap. 11      ☐ Chap. 13.

☐ Debtor:  ☐ Chap. 11     ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:     Flaster Greenberg P.C.

Address of Professional:  646 Ocean Heights Avenue, Suite 103

Linwood, NJ 08221

☐ Attorney for (check all that apply):

☑ Trustee     ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee     ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor     ☐ Appraiser     ☐ Special Counsel     ☐ Auctioneer

☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.  The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date of the original 341(a) hearing.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-11848-ABA |
| Edgardo Cruz | Chapter 7 |
| Kathy F Cruz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Edgardo Cruz, Kathy F Cruz, 95 Leeds Point Road, Galloway, NJ 08205-4209 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad M. Sherwood | on behalf of Debtor Edgardo Cruz chad@sherwoodlegal.com |
| Chad M. Sherwood | on behalf of Joint Debtor Kathy F Cruz chad@sherwoodlegal.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| U.S. Trustee | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 28, 2022 | Form ID: pdf903 | Total Noticed: 1 |

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6