UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Edgardo Cruz and

Kathy F. Cruz,          Debtors.

Case No.:          22-11848

Chapter:               7

Judge:               ABA

## NOTICE OF PROPOSED ABANDONMENT

_____DOUGLAS S. STANGER_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, U.S. Bankruptcy Court
401 Market Street
Camden, NJ  08102

If an objection is filed, a hearing will be held before the Honorable _____Andrew B. Altenburg, Jr._____ on _____July 5, 2022_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4B___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  95 Leeds Point Road, Galloway, New Jersey
$180,000.00

Liens on property:          Lakeview Loan Servicing - $186,000.00

Amount of equity claimed as exempt:  -0-

Objections must be served on, and requests for additional information directed to:

Name:     Douglas S. Stanger, Chapter 7 Trustee

Address:     646 Ocean Heights Avenue, Suite 103, Linwood, NJ  08221

Telephone No.: (609) 645-1881

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| In re: | Case No. 22-11848-ABA |
|---|---|
| Edgardo Cruz | Chapter 7 |
| Kathy F Cruz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 06, 2022 | Form ID: pdf905 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Edgardo Cruz, Kathy F Cruz, 95 Leeds Point Road, Galloway, NJ 08205-4209 |
| aty | + | Flaster Greenberg PC, 646 Ocean Heights Avenue, Suite 103, Linwood, NJ 08221-1011 |
| cr | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |
| 519525139 | + | FB & T/Mercury Financial, PO Box 84064, Columbus, GA 31908-4064 |
| 519525142 | | Lakeview Loan Servicing, PO Box 660263, Dallas, TX 75266-0263 |
| 519525144 | + | NJ Family Care, PO Box 8485, Trenton, NJ 08650-0485 |
| 519525143 | | Natera, PO Box 399023, San Francisco, CA 94139-9023 |
| 519525145 | + | Rickart Collections System, 575 Miltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519525149 | | SYNCB/Huqvarna, PO Box 965036, Orlando, FL 32896-5036 |
| 519525153 | + | US Dept of Education/GLE, 2401 International, PO Box 7859, Madison, WI 53707-7859 |
| 519525154 | | Wells Fargo Auto, PO Box 5265, Sioux Falls, SD 57117-5265 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 06 2022 20:42:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 06 2022 20:42:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519525133 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2022 20:49:51 | Best Buy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 519525134 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2022 20:49:39 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519525135 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | Comenity Bank/Victoria Secret, 6939 Americana Parkway, Reynoldsburg, OH 43068-4138 |
| 519525136 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | Comenity Capital/BJs, 6929 Americana Parkway, Reynoldsburg, OH 43068-4116 |
| 519525137 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 06 2022 20:42:00 | Comenity Capital/Ulta, 6939 Americana Parkway, Reynoldsburg, OH 43068-4171 |
| 519525138 | | Email/Text: mrdiscen@discover.com | Jun 06 2022 20:41:00 | Discover, PO Box 15316, Wilmington, DE 19850-5316 |
| 519525140 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 06 2022 20:42:00 | Jefferson Capital Systems LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 519525141 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 06 2022 20:41:00 | Kohls Department Store, PO Box 3115, Milwaukee, WI 53201-3115 |
| 519525146 | | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2022 20:49:47 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 519525147 | | Email/PDF: gecsedi@recoverycorp.com | | |

District/off: 0312-1                              User: admin                                    Page 2 of 2

Date Rcvd: Jun 06, 2022                        Form ID: pdf905                              Total Noticed: 28

| | | Jun 06 2022 20:49:47 | SYNCB/American Eagle PLCC, PO Box 965005, Orlando, FL 32896-5055 |
|---|---|---|---|
| 519525148 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 06 2022 20:49:40 | SYNCB/Car Care, PO Box 965001, Orlando, FL 32896-5001 |
| 519525150 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 06 2022 20:49:40 | SYNCB/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 519526094 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jun 06 2022 20:49:29 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519525151 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 06 2022 20:42:00 | TD Bank USA/Target Credit, PO Box 1470, Minneapolis, MN 55440-1470 |
| 519525152 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 06 2022 20:49:42 | The Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2022                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad M. Sherwood | |
| | on behalf of Debtor Edgardo Cruz chad@sherwoodlegal.com |
| Chad M. Sherwood | |
| | on behalf of Joint Debtor Kathy F Cruz chad@sherwoodlegal.com |
| Denise E. Carlon | |
| | on behalf of Creditor Lakeview Loan Servicing  LLC. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas S. Stanger | |
| | on behalf of Trustee Douglas S. Stanger doug.stanger@flastergreenberg.com diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| Douglas S. Stanger | |
| | doug.stanger@flastergreenberg.com  diana.janansky@flastergreenberg.com,dss@trustesolutions.net,cdss11@trustesolutions.net |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6