Form loccrtno – loccrtnov27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  22−11848−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Edgardo Cruz | Kathy F Cruz |
| 95 Leeds Point Road | 95 Leeds Point Road |
| Galloway, NJ 08205 | Galloway, NJ 08205 |

Social Security No.:
  xxx−xx−3901                                     xxx−xx−5087

Employer's Tax I.D. No.:

**CERTIFICATION OF NO OBJECTION**

    I  Linda Martin , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

95 Leeds Point Road, Galloway, New Jersey


Dated: June 29, 2022
JAN: lgr

                                                                          Jeanne Naughton
                                                                          Clerk